## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | Case No. 15-_____ (__) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

On June 29, 2015, Northshore Mainland Services Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, the following provides information with respect to the holders of the twenty (20) largest unsecured claims against the Debtors on a consolidated basis.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control. The schedule estimates outstanding claim amounts (including principal and interest) as of June 17, 2015.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

| Name of creditor | Name, telephone number, and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| CCA Bahamas Ltd. | Tiger Wu<br>PO Box SP-64124<br>Nassau, Bahamas<br>Tel:  (242) 677-9008<br>        (242) 359-1799<br>Fax:  (201) 876-6737 | Construction Payable | Contingent, Disputed, and/or Unliquidated | $72,635,100 |
| Bahamas Electricity Corp. | Attn: Legal Dept.<br>PO Box N-7509<br>Balliou & Tucker Roads<br>Nassau, Bahamas<br>Tel:  (242) 302-1000<br>Fax:  (242) 323-6852 | Utility | Contingent, Disputed, and/or Unliquidated | $19,500,000 |
| Yates-Osprey J.V. | Attn: Legal Dept.<br>PO Box N-1254<br>17 Montrose Ave.<br>Nassau, Bahamas<br>Tel:  (242) 356-7049<br>Fax:  (242) 356-9086 | Trade | Contingent, Disputed, and/or Unliquidated | $5,281,681 |
| Purchasing Solutions Intl Inc. | Attn: Legal Dept.<br>6100 Western Place<br>Suite 901<br>Fort Worth, TX 76107<br>Tel:  (817) 862-8774<br>Fax:  (817) 862-9774 | Trade | Contingent, Disputed, and/or Unliquidated | $5,251,393 |
| Schadler Kramer Group | Bing Opie<br>8912 Spanish Ridge Ave<br>Las Vegas, NV 89148<br>Tel:  (702) 370-3513<br>Fax:  (702) 478-4001 | Marketing | Contingent, Disputed, and/or Unliquidated | $3,944,489 |
| BW Dallas, LLC | Attn: Legal Dept.<br>2655 Crescent Dr.<br>Suite A<br>Lafayette, CO 80026<br>Tel:  (303) 530-3885<br>Fax:  (303) 530-3959 | Trade | Contingent, Disputed, and/or Unliquidated | $2,954,336 |
| TBI Caribbean Co Ltd. | Attn: Legal Dept.<br>359 East St. South<br>Nassau, Bahamas | Trade | Contingent, Disputed, and/or Unliquidated | $2,353,638 |

| Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Suddath Global Logistics | Attn: Legal Dept.<br>PO Box 10489<br>Jacksonville, FL 32247<br>Tel: (904) 352-2577 (Int'l)<br>(888) 799-5033 (US & Canada) | Trade | Contingent, Disputed, and/or Unliquidated | $2,311,193 |
| Cable Bahamas | Paul Lewis<br>PO Box CB-13050<br>Robinson Road at Marathon<br>Nassau, Bahamas<br>Tel: (242) 601-2200<br>Fax: (242) 356-8990 | Utility | Contingent, Disputed, and/or Unliquidated | $1,435,631 |
| Cable Beach Resort Association (M) | Richard English<br>Nassau, Bahamas<br>Tel: (242) 677-9030 | Trade | Contingent, Disputed, and/or Unliquidated | $1,219,372 |
| Island Site Development | Attn: Legal Dept.<br>PO Box SP-63796<br>Nassau, Bahamas<br>Tel: (242) 328-2025<br>Fax: (242) 601-0147 | Trade | Contingent, Disputed, and/or Unliquidated | $1,153,050 |
| AECOM Technical Services | Attn: Legal Dept.<br>800 Douglas Entrance<br>North Tower 2nd Floor<br>Coral Gables, FL 33134<br>Tel: (305) 444-4691<br>Fax: (305) 447-3580 | Trade | Contingent, Disputed, and/or Unliquidated | $1,140,512 |
| Jaros Baum & Bolles Cns. Eng. | Attn: Legal Dept.<br>80 Pine Street.<br>New York, NY 10005<br>Tel: (212) 530-9300<br>Fax: (212) 269-5894 | Trade | Contingent, Disputed, and/or Unliquidated | $1,099,805 |
| Terracon Consultants Inc. | Attn: Legal Dept.<br>18001 W. 106th Street<br>Suite 300<br>Olathe, KS 66061<br>Tel: (800) 593-7777<br>(913) 599-6886 | Trade | Contingent, Disputed, and/or Unliquidated | $1,082,294 |

| Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Bally Technologies | Attn: Legal Dept.<br>6601 S. Bermuda Road<br>Las Vegas, NV 89119-3605<br>Tel: (702) 584-7700<br>Fax: (702) 584-7710 | Trade | Contingent, Disputed, and/or Unliquidated | $1,061,308 |
| New Continent Ventures, Inc. (M) | Attn: Legal Dept.<br>590 W Peachtree St NW<br>Atlanta, GA 30308<br>Tel: (404) 815-2913<br>Fax: (404) 815-5012 | Trade | Contingent, Disputed, and/or Unliquidated | $1,011,773 |
| Multimedia Games, Inc. | Attn: Legal Dept.<br>206 Wild Basin Road South<br>Building B, Suite 400<br>Austin, TX 78746<br>Tel: (512) 334-7500<br>(855) 642-6247 | Trade | Contingent, Disputed, and/or Unliquidated | $939,346 |
| Styleworks | Attn: Legal Dept.<br>6300 Canoga Ave.<br>Suite 620<br>Woodland Hills, CA 91367<br>Tel: (818) 883-1700<br>Fax: (818) 883-1701 | Trade | Contingent, Disputed, and/or Unliquidated | $896,511 |
| Prodigios Interactivos S.A. (M) | Attn: Legal Dept.<br>ParcBut. Carretera de Valldemssa KM 7,4<br>Pama de Mallorca Baleares, 07120<br>Tel: 34 971 43 08<br>Fax: 34 971 43 86 52 | Trade | Contingent, Disputed, and/or Unliquidated | $809,925 |
| SBE Hotel Group LLC | Chad Shin<br>8000 Beverly Blvd<br>Los Angeles, CA 90048<br>Tel: (323) 330-8061<br>Fax: (323) 330-8083 | Trade | Contingent, Disputed, and/or Unliquidated | $791,044 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) ) ) | Case No. 15-_____ (__) |
| Debtors. | ) ) ) ) | (Joint Administration Requested) |

## DECLARATION FOR CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Pursuant to 28 U.S.C. § 1746, I, Thomas M. Dunlap, the undersigned authorized officer of each of the Debtors, declare under penalty of perjury that I have reviewed the foregoing consolidated list of creditors holding the twenty (20) largest unsecured claims against the Debtors and that it is true and correct to the best of my knowledge, information, and belief.

Dated: June 29, 2015

*/s/ Thomas M. Dunlap*
Thomas M. Dunlap

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.