IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] ) | Case No. 15-_____ (__) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1) AND 7007.1

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, this corporate ownership statement includes a list and organizational chart reflecting the corporations that directly or indirectly own 10% or more of any class of equity interests for each Debtor entity.

| Name of Debtor | Direct Owner(s) | Indirect Owner(s) |
|---|---|---|
| BML Properties Ltd. | BM Resorts Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd. |
| Baha Mar Ltd. | BML Properties Ltd.<br>CSCEC (Bahamas) Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

| Name of Debtor | Direct Owner(s) | Indirect Owner(s) |
|---|---|---|
| Baha Mar Land Holdings Ltd. | Baha Mar Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd. |
| Baha Mar Operating Company Ltd. | Baha Mar Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd. |
| Riviera Golf Ventures Ltd. | Baha Mar Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd. |
| Baha Mar Properties Ltd. | Baha Mar Land Holdings Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| BMP Three Ltd. | Baha Mar Land Holdings Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |

| Name of Debtor | Direct Owner(s) | Indirect Owner(s) |
|---|---|---|
| BMP Golf Ltd. | Baha Mar Land Holdings Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Baha Mar Sales Company Ltd. | Baha Mar Land Holdings Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Baha Mar Entertainment Ltd. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Baha Mar Support Services Ltd. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Baha Mar Leasing Company Ltd. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |

| Name of Debtor | Direct Owner(s) | Indirect Owner(s) |
| --- | --- | --- |
| Cable Beach Resorts Ltd. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Northshore Mainland Services Inc. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |
| Baha Mar Enterprises Ltd. | Baha Mar Operating Company Ltd. | The Cable Beach Trust<br>Baha Mar Resort Holdings Ltd.<br>Baha Mar Holdings Ltd.<br>BMD Holdings Ltd.<br>Scotiabank (Bahamas) Ltd.<br>BM Resorts Ltd.<br>BML Properties Ltd.<br>CSCEC (Bahamas) Ltd.<br>Baha Mar Ltd. |

## ORGANIZATION STRUCTURE FOR BAHA MAR



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) Case No. 15-_____ (__) |
| Debtors. | ) (Joint Administration Requested) |

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

Pursuant to 28 U.S.C. § 1746, I, Thomas M. Dunlap, the undersigned authorized officer of each of the Debtors, declare under penalty of perjury that I have reviewed the corporate ownership statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: June 29, 2015

_____
Thomas M. Dunlap

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.