## Exhibit A

**Organizational Structure Chart**

# ORGANIZATION STRUCTURE FOR BAHA MAR



Note: All entities are 100% owned by the entity above unless otherwise indicated.