**Exhibit B**

**Pictures of Project**









