IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) | Case No. 15-11402 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Objection Deadline: August 10, 2015 at 4:00 p.m. (Eastern time)
Hearing Date: August 17, 2015 at 11:00 a.m. (Eastern time)

## NOTICE OF HEARING REGARDING DEBTORS' APPLICATION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING RETENTION AND EMPLOYMENT OF MAURICE O. GLINTON & CO. AS SPECIAL BAHAMIAN CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JULY 22, 2015

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) Cooley LLP and Whiteford, Taylor & Preston LLC, as proposed counsel to the Official Committee of Unsecured Creditors; (c) the Export-Import Bank of China, in its capacity as arranger and lender under the Debtors' prepetition credit facility; (d) Citicorp International Limited, in its capacity as Facility Agent and Offshore Security Agent; (e) Citibank N.A., Bahamas Branch, in its capacity as Onshore Security Agent; (f) the Government of The Bahamas; (g) the Internal Revenue Service; and (h) parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 27, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of Order Pursuant to 11 U.S.C. § 327(a) Authorizing Retention and Employment of Maurice O. Glinton & Co. as Special Bahamian Co-Counsel for the Debtors Nunc Pro Tunc to July 22, 2015* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Application, if any, must be in writing and filed with the Bankruptcy Court on or before **August 10, 2015 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) proposed counsel to the Debtors, (i) Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa Street, 30th Floor, Los Angeles, CA 90017, Attn: Paul S. Aronzon, Esquire, and Mark Shinderman, Esquire, (ii) Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Gerard Uzzi, Esquire, Thomas J. Matz, Esquire, and Steven Z. Szanzer, Esquire, and (iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esquire; (b) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy, Esquire; and (c) proposed counsel to the Official Committee of Unsecured Creditors, (i) Cooley LLP, 1114 Avenue of the Americas, New York, NY 01136, Attn: Lawrence C. Gottlieb, Esquire, and (ii) Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, DE 19801, Attn: Christopher M. Samis, Esquire.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **AUGUST 17, 2015,**

**AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5^(TH) FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Wilmington, Delaware
Dated: July 27, 2015

**PACHULSKI STANG ZIEHL & JONES LLP**

_/s/ signature_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar. No. 4042)
Colin R. Robinson (Bar. No. 5524)
Peter J. Keane (Bar. No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Paul S. Aronzon (admitted *pro hac vice*)
Mark Shinderman (admitted *pro hac vice*)
601 S. Figueroa Street, 30^(th) Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email:   paronzon@milbank.com
         mshinderman@milbank.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Tyson Lomazow (admitted *pro hac vice*)
Thomas J. Matz (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000

3

Facsimile: (212) 530-5219
Email: tlomazow@milbank.com
tmatz@milbank.com
sszanzer@milbank.com

*Proposed Counsel to Debtors and Debtors in Possession*