## Exhibit C

**Millage Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) Case No. 15-11402 (KJC) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF LANCE MILLAGE IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING RETENTION AND EMPLOYMENT MAURICE O. GLINTON & CO. AS SPECIAL BAHAMIAN COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JULY 22, 2015

I, Lance Millage, state the following under penalty of perjury:

1. I am Deputy Chief Financial Officer and/or Authorized Representative to Northshore Mainland Services Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), the principal offices of which are located at One Baha Mar Boulevard, Nassau, The Bahamas.

2. I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a) Authorizing Retention and Employment of Maurice O. Glinton & Co. as Special Bahamian Counsel for the Debtors Nunc Pro Tunc to July 22, 2015* (the "Application").[2] Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

1

gathered from my review of relevant documents, and information supplied to me by members of the Debtors' senior management and advisors.

## Debtors' Selection of Counsel

3. Maurice O. Glinton & Co. ("Glinton") is proposed to serve as special Bahamian counsel to the Debtors in connection with the Winding-up Proceeding. The Debtors recognize that a comprehensive review process is necessary when selecting and managing counsel. In selecting Glinton, the Debtors consulted with and received recommendations from their existing counsel and advisors, and ultimately evaluated three firms.

4. Glinton's extensive experience in commercial litigation and vast knowledge of the intricacies of advocacy at the Supreme Court of the Commonwealth of The Bahamas renders Glinton both well-qualified and uniquely able to represent the Debtors in the Winding-up Proceeding in an efficient and timely manner. Thus, the Debtors decided to retain Glinton as their special Bahamian counsel during the Chapter 11 Cases.

## Rate Structure

5. In my capacity as Deputy Chief Financial Officer to each of the Debtors other than Northsore Mainland Services Inc., I am involved in supervising outside counsel retained by the Debtors in the ordinary course of business along with other Executives of the Debtors. In my experience working with other outside law firms, I believe that Glinton's rates are comparable to those of firms similar to Glinton.

## Cost Supervision

6. The Debtors and Glinton expect to develop a prospective budget and staffing plan for Glinton's engagement for the period from July 22, 2015 to October 22, 2015, recognizing that in the course of large and complex commercial disputes, it is possible that there may be a

number of unforeseen fees and expenses that will need to be addressed by the Debtors and Glinton. The Debtors further recognize that they must closely monitor the billing practices of their counsel to ensure the fees and expenses paid by their estates remain consistent with the Debtors' expectations and the exigencies of the Chapter 11 Cases. The Debtors will review the invoices that Glinton regularly submits, and, together with Glinton, periodically amend the prospective budget and staffing plans, as the case develops, if applicable.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 27, 2015

_____
Lance Millage
Northshore Mainland Services Inc. *et al.*
Deputy Chief Financial Officer/Authorized Representative