# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) | Case No. 15-11402 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 254** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 327(A) AUTHORIZING RETENTION AND EMPLOYMENT OF MAURICE O. GLINTON & CO. AS SPECIAL BAHAMIAN CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JULY 22, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Debtors' Application for Entry of Order Pursuant to 11 U.S.C. § 327(a) Authorizing Retention and Employment of Maurice O. Glinton & Co. as Special Bahamian Co-Counsel for the Debtors Nunc Pro Tunc to July 22, 2015* (the "Application") [Docket No. 254] filed on July 27, 2015. Pursuant to the Notice of the Application, responses to the relief requested in the Application were to be filed and served no later than August 10, 2015 at 4:00 p.m. prevailing Eastern time (the "Objection Deadline").

Prior to the Objection Deadline, the above-captioned debtors and debtors in possession (the "Debtors") received informal comments to the Application from the Office of the United States Trustee (the "UST"). The UST's informal comments have been resolved. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

no answer, objection or other responsive pleading to the relief requested in the Application appears thereon.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Wilmington, Delaware
Dated: August 12, 2015

        **PACHULSKI STANG ZIEHL & JONES LLP**

        /s/ Peter J. Keane
        _____
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar. No. 4042)
        Colin R. Robinson (Bar. No. 5524)
        Peter J. Keane (Bar. No. 5503)
        919 North Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email:    ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      crobinson@pszjlaw.com
                      pkeane@pszjlaw.com

        -and-

        **MILBANK, TWEED, HADLEY & McCLOY LLP**
        Paul S. Aronzon (admitted *pro hac vice*)
        Mark Shinderman (admitted *pro hac vice*)
        601 S. Figueroa Street, 30th Floor
        Los Angeles, CA 90017
        Telephone: (213) 892-4000
        Facsimile: (213) 629-5063
        Email:    paronzon@milbank.com
                      mshinderman@milbank.com

        -and-

        **MILBANK, TWEED, HADLEY & McCLOY LLP**
        Tyson Lomazow (admitted *pro hac vice*)
        Thomas J. Matz (admitted *pro hac vice*)
        Steven Z. Szanzer (admitted *pro hac vice*)
        28 Liberty Street

New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email:    tlomazow@milbank.com
           tmatz@milbank.com
           sszanzer@milbank.com

*Proposed Counsel to Debtors and Debtors in Possession*