IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHSHORE MAINLAND SERVICES INC.,[1] | ) | Case No. 15-11402 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Re: Docket No. 455, 518 |

## ORDER GRANTING NORTHSHORE MAINLAND SERVICES, INC.'S SUPPLEMENTAL MOTION FOR ENTRY OF ORDER GRANTING (I) EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS AND (II) RELATED RELIEF

Upon the Motion (the "Motion")[2] of Northshore Mainland Services Inc. (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") for entry of an order (the "Order"),[3] pursuant to section 521(a) of the Bankruptcy Code, Bankruptcy Rules 1007(b) and (c), and Local Rule 1007-1 (b), (i) further extending the time within which the Debtors must file its Schedules and Statements and (ii) granting such other and further relief as requested in the Motion or as the Court otherwise deems necessary or appropriate; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest;

---

[1] The last four digits of the Debtor's federal tax identification number are 9087.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

[3] The Order has been modified from the version filed with the Motion to remove references to the Debtors whose cases have been dismissed pursuant to the Court's September 15, 2015 *Order Regarding Motions to Dismiss Cases* [Docket No. 504].

and the Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed and considered the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The Debtor shall have an additional 33 days from the Current Deadline by which the Debtor must file its Schedules and Statements, through and including September 30, 2015, without prejudice to the Debtor's right to seek further extensions.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: Sept. 18, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE